IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 15 |
| WHITE BIRCH PAPER COMPANY, et al.,[1] | ) | |
| | ) | CASE NO. 10-31234-DOT |
| Debtors in a Foreign Proceeding. | ) | |
| | ) | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICE AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b) the undersigned appear in the above-captioned jointly-administered cases on behalf of Credit Suisse AG and pursuant to 11 U.S.C. §§ 102(1) and 342 and Bankruptcy Rules 2002 and 9007 request that they be placed on all mailing matrices and further request that all notices, given or required to be given, all pleadings, papers and other documentation served or required to be served herein be given to and served on the undersigned attorneys at the addresses set forth below.

> David Heller, Esquire
> Keith A. Simon, Esquire
> Adam J. Goldberg, Esquire
> Latham & Watkins LLP
> 885 Third Avenue
> New York, New York 10022
> Email: david.heller@lw.com
> keith.simon@lw.com
> adam.goldberg@lw.com

---

[1] The Debtors in these cases are: White Birch Paper Company ("White Birch Paper"); Papier Masson Ltee ("Papier Masson"); Stadacona General Partner, Inc. ("Stadacona GP"); Stadacona Limited Partnership ("Stadacona LP"); F.F. Soucy Limited Partnership ("FF Soucy LP"); and F.F. Soucy Inc. & Partners, Limited Partnership ("FF Soucy & Partners LP"). The Debtors' U.S. service address is 80 Field Point Road, Greenwich, Connecticut 06830.

| | |
|---|---|
| David Heller, Esquire (*pro hac vice* pending) | Robert H. Chappell, III, Esquire (VSB #31698) |
| Keith A. Simon, Esquire (*pro hac vice* pending) | Neil E. McCullagh, Esquire (VSB #39027) |
| Adam J. Goldberg, Esquire (*pro hac vice* pending) | Jennifer J. West, Esquire (VSB #47522) |
| Latham & Watkins LLP | Erin E. Kessel, Esquire (VSB #65360) |
| 885 Third Avenue | Spotts Fain PC |
| New York, New York 10022 | 411 East Franklin Street, Suite 600 |
| Phone: (212) 906-1200 | Richmond, Virginia 23219 |
| Fax: (212) 751-4864 | Phone: (804) 697-2000 |
| | Fax: (804) 697-2100 |
| *Co-Counsel for Credit Suisse AG* | |
| | *Co-Counsel for Credit Suisse AG* |

AND

Robert H. Chappell, III, Esquire
Neil E. McCullagh, Esquire
Jennifer J. West, Esquire
Erin E. Kessel, Esquire
Spotts Fain PC
411 E. Franklin St., Suite 600
Richmond, Virginia 23219
Email: rchappell@spottsfain.com
nmccullagh@spottsfain.com
jwest@spottsfain.com
ekessel@spottsfain.com

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Notices and Papers nor any later appearance, pleading, claim or suit shall constitute a consent to or waiver of (1) its right to have final orders in non-core matters entered only after de novo review by a District Judge, (2) its right to trial by jury in any proceeding so triable in this Chapter 11 case or any case, controversy, or proceeding related to this Chapter 11 case, (3) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any and all rights, claims, actions, defenses, setoffs, recoupments or other matters to which it may be entitled by law, equity or agreement and such right. All of those rights are expressly reserved without exception and without the purpose of confessing or conceding jurisdiction by this filing or by any other participation herein.

Dated: February 25, 2010

Respectfully Submitted,

/s/ Robert H. Chappell, III

Robert H. Chappell, III, Esquire (VSB #31698)
Neil E. McCullagh, Esquire (VSB #39027)
Jennifer J. West, Esquire (VSB #47522)
Erin E. Kessel, Esquire (VSB #65360)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone: (804) 697-2000
Fax: (804) 697-2100
Co-Counsel for Credit Suisse AG

# CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2010, a copy of the foregoing Notice of Appearance and Request for Notice and Service of Papers was served by U.S. Mail, First Class, postage prepaid or overnight delivery or electronic means through the Court's ECF system or through email on the following, constituting all necessary parties:

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219
Robert.b.van.arsdale@usdoj.gov

Attn: Jay Epstein
White Birch Paper Company
80 Field Point Road
Greenwich, Connecticut 06830

Christopher J. Marcus, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611
christopher.marcus@kirkland.com

Jonathan L. Hauser, Esq.
Troutman Sanders LLP
22 Central Park Avenue, Suite 2000
P.O. Box 61185
Virginia Beach, VA 23466-1185
Jonathan.hauser@troutmansanders.com

Angela L. Batterson, Esq.
King & Spalding
1185 Avenue of Americas
New York, NY 10036-4003
abatterson@kslaw.com

Benjamin B. Iselin, Esq.
McGuire Woods LLP
1345 Avenue of the Americas, 7th Floor
New York, NY 10105-0106
biselin@mcguirewoods.com

Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598
stalmadge@kayescholer.com

                                                            /s/ Robert H. Chappell, III