Jonathan L. Hauser  
VSB No. 18688  
TROUTMAN SANDERS LLP  
222 Central Park Avenue  
Suite 2000  
Virginia Beach, VA 23462  
Telephone:     (757) 687-7768  
Facsimile:     (757) 687-1505  

Richard M. Cieri (*pro hac vice* pending)  
Christopher J. Marcus (*pro hac vice* pending)  
Michael A. Cohen (*pro hac vice* pending)  
KIRKLAND & ELLIS LLP  
601 Lexington Avenue  
New York, New York 10022-4611  
Telephone:     (212) 446-4800  
Facsimile:     (212) 446-4900  

*Counsel to the Foreign Representative*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | ) Chapter 15 |
| WHITE BIRCH PAPER COMPANY, <u>et al</u>.,[1] | ) Case No. 10-31234 (DOT) |
| Debtors in a Foreign Proceeding. | ) Jointly Administered |

**ORDER AUTHORIZING CERTAIN ATTORNEYS**
**FROM KIRKLAND & ELLIS LLP TO APPEAR AND**
**PRACTICE *PRO HAC VICE* ON BEHALF OF THE DEBTOR**

Upon the motion (the "<u>Motion</u>")[2] of Jonathan L. Hauser, Esq, a partner in the law firm of Troutman Sanders LLP, for the admission *pro hac vice* of: (a) Richard M. Cieri, a partner in the law firm of Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022; (b) Christopher J. Marcus, a partner in the law firm of Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022; (c) Michael A. Cohen, a partner in the law firm of Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022; (d) Adam Goldstein, an associate in the law firm of Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, Illinois 60654; and (e) Richard M. Goldman, an associate in the law firm of Kirkland & Ellis LLP, 601

---

[1] The Debtors in these cases are: White Birch Paper Company ("<u>White Birch Paper</u>"); Papier Masson Ltee ("<u>Papier Masson</u>"); Stadacona General Partner, Inc. ("<u>Stadacona GP</u>"); Stadacona Limited Partnership ("<u>Stadacona LP</u>"); F.F. Soucy Limited Partnership ("<u>FF Soucy LP</u>"); and F.F. Soucy Inc. & Partners, Limited Partnership ("<u>FF Soucy & Partners LP</u>"). The Debtors' principal address is 80 Field Point Road, Greenwich, CT 06830.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

Lexington Avenue, New York, New York 10022; upon the submission of Personal Statements; and the Court having found that the relief requested is in the best interests of the Debtor's estate, its creditors and other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion, having been adequate and appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED THAT:

1. The Motion is granted in its entirety.

2. Richard M. Cieri, Christopher J. Marcus, Michael A. Cohen, Adam Goldstein and Richard M. Goldman are authorized to appear and practice *pro hac vice* as counsel to the Debtor in the above-captioned chapter 11 case.

3. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2010  
    Richmond, Virginia

_____  
United States Bankruptcy Judge

I ASK FOR THIS:

 */s/ Jonathan L. Hauser*
Jonathan L. Hauser
VSB No. 18688
**TROUTMAN SANDERS LLP**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7768
Facsimile: (757) 687-1505

- and -

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (*pro hac vice* pending)
Christopher J. Marcus (*pro hac vice* pending)
Michael A. Cohen (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Counsel to the Foreign Representative*

## CERTIFICATION OF ENDORSEMENT
## UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

 */s/ Jonathan L. Hauser*