# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: | Chapter 15 |
| White Birch Paper Company, et al., | Case No. 10-31234-DOT |
| Debtor. | |

**RICHMOND DIVISION**

**MAR 12 2010**

## NOTICE OF APPEARANCE

**TO: CLERK OF COURT, DEBTOR'S COUNSEL, THE U.S. TRUSTEE AND ALL OTHER PARTIES IN INTEREST:**

Please take notice that the undersigned attorneys in the law firm of Haynsworth Sinkler Boyd, P.A., hereby give notice of the appearance of this firm on behalf of Sonoco Products Company. This notice of appearance is being filed in accordance with Bankruptcy Rule 9010.

The Clerk of Court, and any other party that the Court may direct to send notices, is hereby requested that this law firm be shown on the master mailing matrix and any shortened matrix that may be in existence, or that may be created in the future.

The debtor's counsel, the U.S. Trustee and all other parties in interest, are hereby requested to serve upon the undersigned all pleadings, documents and papers to which the creditor may be a party in interest.

HAYNSWORTH SINKLER BOYD, P.A.

By: /s/ Tara E. Nauful
Tara E. Nauful
S.C. Federal ID No. 5864

Post Office Box 11889
Columbia, SC 29211-1889
Phone: 803.779.3080
Facsimile: 803.765.1243
Email: tnauful@hsblawfirm.com

*Attorneys for Sonoco Products Company*

March 9, 2010

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: | Chapter 15 |
| White Birch Paper Company, et al., | Case No. 10-31234-DOT |
| Debtor. | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2010, I have served a copy of the foregoing Notice of Appearance on the undersigned parties listed below by placing a copy in the U.S. Mail, first-class postage prepaid, and properly addressed as follows:

Heather Hays Lockerman, Esq.
Troutman Sanders, LLP
P.O. Box 1122
Richmond, VA 23219

Jonathan L. Hauser, Esq.
Troutman Sanders, LLP
P.O. Box 61185
Virginia Beach, VA 23466-1185

Office of the U.S. Trustee
701 E. Broad St., Ste. 4304
Richmond, VA 23219

HAYNSWORTH SINKLER BOYD, P.A.

_____
Candice S. Carter
Paralegal to Tara E. Nauful
Post Office Box 11889
Columbia, SC 29211-1889
Phone: 803.779.3080
Facsimile: 803.765.1243

COLUMBIA | CHARLESTON  FLORENCE  GREENVILLE

# Haynsworth
# Sinkler Boyd, P.A.

ATTORNEYS AND COUNSELORS AT LAW

1201 MAIN STREET, 22ND FLOOR (29201-3226)
POST OFFICE BOX 11889 (29211-1889)
COLUMBIA, SOUTH CAROLINA
TELEPHONE 803.779.3080
FACSIMILE 803 765 1243
WEBSITE www.hsblawfirm.com

TARA E. NAUFUL
CERTIFIED BANKRUPTCY SPECIALIST
BY THE SOUTH CAROLINA SUPREME COURT
email TNAUFUL@HSBLAWFIRM.COM

March 9, 2010

United States Bankruptcy Court
Eastern District of Virginia
Attention: Clerk of Court
701 East Broad Street
Richmond, VA 23219

Re:  In re: White Birch Paper Company
     Bankruptcy Case No. 10-31234-DOT
     HSB File No. 04711.0285

Dear Sir or Madam:

Enclosed for filing please the following documents:

1. Notice of Appearance; and
2. Certificate of Service.

Please file the original and return the clocked-in copy to me in the envelope provided for your convenience.

Sincerely yours,

Tara E. Nauful

TEN/csc

Enclosures