Jonathan L. Hauser
VSB No. 18688
TROUTMAN SANDERS LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, Virginia 23462
Telephone:	(757) 687-7768
Facsimile:	(757) 687-1505

Richard M. Cieri (admitted *pro hac vice*)
Christopher J. Marcus (admitted *pro hac vice*)
Michael A. Cohen (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone:	(212) 446-4800
Facsimile:	(212) 446-4900

*Counsel to the Foreign Representative*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 15 |
| WHITE BIRCH PAPER COMPANY, et al., | Case No. 10-31234 (DOT) |
| Debtor. | Jointly Administered |

## THIRD AMENDED NOTICE OF HEARING ON
## MOTION FOR ENTRY OF AN ORDER RECOGNIZING THE
## (A) SISP ORDER, (B) BID PROCEDURES ORDER AND (C) SALE ORDER

**PLEASE TAKE NOTICE** that on August 19, 2010, White Birch Paper Company, in its capacity as foreign representative of the above-captioned debtors (collectively, the "Debtors")[1] to a foreign proceeding under the *Companies' Creditors' Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Quebec Superior Court of Justice in Montreal, Quebec, Canada, filed the *Motion for Entry of an Order Recognizing the (A) SISP Order, (B) Bid Procedures Order and (C) Sale Order* (the "Motion") with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Court").

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS CASE. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

---

[1] The Debtors in these cases are (a) White Birch Paper Company, (b) Stadacona General Partner Inc., (c) Stadacona Limited Partnership, (d) F.F. Soucy Limited Partnership, (e) F.F. Soucy Inc. & Partners, Limited Partnership and (f) Papier Masson Ltee. The Debtors' U.S. service address is 80 Field Point Road, Greenwich, Connecticut 06830.

If you do not want the Court to grant the relief requested in the Motion, or if you want the Court to consider your views on the Motion, then by **5:00 p.m. prevailing Eastern Time on September 24, 2010**, you or your attorney must:

- Ø File with the Court, at the address shown below, a written request for a hearing, or a written response pursuant to Local Bankruptcy Rule 9013-1(H).  If you mail your request for a hearing or written response to the Court for filing, you must mail it early enough so the Court will **actually receive** it on or before the time and date stated above.

    Clerk of Court
    U.S. Bankruptcy Court
    701 East Broad Street
    Richmond, Virginia  23219

    You must also mail a copy to:

    Jonathan L. Hauser, Esq.
    Troutman Sanders LLP
    222 Central Park Avenue, Suite 2000
    Virginia Beach, Virginia  23462

    -and-

    Christopher J. Marcus, Esq.
    Kirkland & Ellis LLP
    601 Lexington Avenue
    New York, New York  10022

    -and-

    Office of the U.S. Trustee
    701 East Broad Street, Suite 4304
    Richmond, Virginia  23219

- Ø Attend a hearing on the Motion scheduled to be held on **September 30, 2010 at 2:30 p.m. prevailing Eastern Time**, at the United States Bankruptcy Court, U.S. Courthouse, Chief Judge Tice's Courtroom 5100, 701 East Broad Street, Richmond, Virginia  23219.

Pursuant to Local Bankruptcy Rule 9013-1, if you or your attorney does not take these steps or if no objection is timely made, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested therein.

**WHITE BIRCH PAPER COMPANY**

Dated: September 13, 2010　　　　　　　By: */s/ Jonathan L. Hauser*
Richmond, Virginia　　　　　　　　　　　　　Of Counsel

Jonathan L. Hauser, Esquire
VSB No. 18688
Troutman Sanders LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, Virginia 23462
Telephone:　(757) 687-7768
Facsimile:　(757) 687-1505

- and -

Richard M. Cieri (admitted *pro hac vice*)
Christopher J. Marcus (admitted *pro hac vice*)
Michael A. Cohen (admitted *pro hac vice*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone:　(212) 446-4800
Facsimile:　(212) 446-4900

*Counsel to the Foreign Representative*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing pleading was sent either electronically or by first class mail, postage prepaid, this 13th day of September, 2010, to all necessary parties.

*/s/ Jonathan L. Hauser*